No. 589. FRED LASITER, ADMINISTRATOR, ETC. *v.* WALTER FERGUSON. December 13, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. C. Dale Wolfe* and *Mr. George C. Crump* for petitioner. No appearance for respondent.

---

No. 585. LAMBERT RUN COAL COMPANY *v.* BALTIMORE & OHIO RAILROAD COMPANY. Appeal from the Circuit Court of Appeals for the Fourth Circuit. December 13, 1920. Petition for a writ of certiorari herein denied. *Mr. Rush C. Butler, Mr. John A. Howard* and *Mr. Frank E. Harkness*, for appellant, in support of the petition. *Mr. Hugh L. Bond* and *Mr. George E. Hamilton,* for appellee, in opposition to the petition.

---

No. 598. FEDERAL MINING & SMELTING COMPANY *v.* STAR MINING COMPANY. December 13, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Marshall* and *Mr. Frederick W. Lehmann* for petitioner. *Mr. John P. Gray* and *Mr. James A. Wayne* for respondent.

---

No. 606. MOHAWK OIL COMPANY ET AL. *v.* MRS. EULA McFADIN LAYNE, SOLE HEIR, ETC. December 13, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Mr. W. P. Hall* and *Mr. J. D. Wilkinson* for petitioners. *Mr. S. L. Herrold* for respondent.